IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    5:18-CR-68 (GTS) |
| | ) | |
| **v.** | ) | **Enhanced Penalty Information** |
| | ) | |
| **JOSE ORTIZ** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

1) On or about November 17, 2004, the defendant, **JOSE ORTIZ** was convicted in New York County Court, in New York, New York, of Criminal Possession of a Controlled Substance in the Fifth Degree, a felony under New York State Penal Law § 220.06(5), for which he was sentenced to an indeterminate term of incarceration of between thirty months and five years.

2) On or about December 13, 1999, the defendant, **JOSE ORTIZ** was convicted in New York County Court, in New York, New York, of Criminal Sale of a Controlled Substance in the Third Degree, a felony under New York State Penal Law § 220.39, for which he was sentenced to an indeterminate term of incarceration of between two and six years.

3) The United States intends to rely on the above-described conviction in any sentencing of the defendant to increase his punishment in accordance with Title 21, United States Code, Section 841(b).

All pursuant to Title 21, United States Code, Section 851.

Dated: April 6, 2018              GRANT C. JAQUITH
                                  Acting United States Attorney

                          By:     *s/ Sahar L. Amandolare*
                                  Sahar L. Amandolare
                                  Assistant United States Attorney
                                  Bar Roll No. 520259